UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| MAX TOUHEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:26 CV 722 CDP |
| | ) | |
| MASTER LOCKSMITH LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

Counsel for defendant Master Locksmith LLC moves to withdraw, averring that Master Locksmith discharged them as legal counsel. No other attorney has entered an appearance for Master Locksmith. I held a hearing on the motion to withdraw on September 17, 2026, at which current counsel of record and, Matan Cohen, the sole member of Master Locksmith LLC appeared. At that hearing, Mr. Cohen stated on the record and on behalf of Master Locksmith, that it does not intend to obtain substitute counsel and that it understood that it cannot represent itself and can appear in federal court only through licensed counsel. *See In re Heyl*, 770 F.3d 729, 730 (8th Cir. 2014). Given that statement and understanding, I informed Master Locksmith that without counsel representation, its answer to plaintiff's complaint would be stricken, default would be entered, and, upon appropriate motion, a default judgment would be entered. Master Locksmith stated that it understood those circumstances and that it wished to proceed in that manner.

Accordingly, given the representations made by counsel and Master Locksmith on the record,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw [16], filed by attorney Daniel T. Batten and the law firm of Curtis, Heinz, Garrett & O'Keefe, P.C., is **GRANTED.**

**IT IS FURTHER ORDERED** that defendant Master Locksmith LLC's Answer (ECF 14) is **STRICKEN** from the record.

**IT IS FURTHER ORDERED** that the Clerk's Entry of Default (ECF 7) is **REINSTATED** against defendant Master Locksmith LLC for defendant's admission to its failure to defend. Fed. R. Civ. P. 55(a).

**IT IS FURTHER ORDERED** that within fourteen (14) days of the date of this Order, plaintiff Max Touhey shall file an appropriate motion for default judgment supported by all necessary affidavits and documentation, as well as a proposed default judgment for entry by the Clerk or, if appropriate, by the Court. Plaintiff shall serve a copy of his motion and proposed judgment upon defendant at the service address on its executed summons.

**IT IS FURTHER ORDERED** that the Rule 16 Scheduling Conference set for October 2, 2026, is **CANCELED.**

Catherine D Perry

CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 18th day of September, 2026.